ELIZABETH MARKERT, as Administratrix, etc., of JOSEPH L. MARKERT, Deceased, Respondent, *v.* LONG ISLAND RAILROAD COMPANY, Appellant.

First Department, December 1, 1916.

See head note in *Markert* v. *Long Island R. R. Co.* (*ante*, p. 467).

APPEAL by the defendant, Long Island Railroad Company, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New

York on the 26th day of June, 1914, upon the verdict of a jury for $11,500, and also from an order entered in said clerk's office on the 2d day of June, 1914, denying defendant's motion for a new trial made upon the minutes.

*John J. Graham,* for the appellant.

*Jeremiah A. O'Leary,* for the respondent

PER CURIAM:

We are of opinion that the verdict is against the weight of evidence. The judgment and order are, therefore, reversed and a new trial ordered, with costs to the appellant to abide the event.

Present — CLARKE, P. J., MCLAUGHLIN, LAUGHLIN, DOWLING and PAGE, JJ.; DOWLING and PAGE, JJ., dissented and voted for affirmance.

Judgment and order reversed and new trial ordered, with costs to appellant to abide event.